IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 08-13 |
| v. | : | CIVIL ACTION |
| | : | NO. 11-5137 |
| CHARLES HINES | : | |

**O R D E R**

**AND NOW**, this **14th** day of **May, 2012,** for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 42) is **DENIED** and **DISMISSED with prejudice;**

(2) A Certificate of Appealability will not issue; and

(3) Counsel for the Government shall contact the U.S. Probation Office to determine Petitioner's current address and serve a copy of this Order and the accompanying Memorandum by Certified Mail on Petitioner at that address.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**